UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANA JACKSON-SPELLS,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD H. RUMSFELD,<br>SECRETARY, DEPARTMENT OF<br>DEFENSE<br>  Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-1166 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309