UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIANA JACKSON-SPELLS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No.: 06-1166 (ESH) |
| ) | |
| **DONALD H. RUMSFELD, Secretary,** ) | |
| **U.S. Department of Defense,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss or Transfer, any opposition thereto, any reply, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED: Plaintiff's Complaint is hereby dismissed for improper venue pursuant to Rule 12(b)(3).

_____
UNITED STATES DISTRICT JUDGE