THE UNITED STATES DISRICT COURT

FOR THE DISTRICT OF COLUMBIA

DIANA JACKSON-SPELLS,

          Plaintiff,

v.

DONALD H. RUMSFELD, Secretary,
U.S. Department of Defense,

          Defendant.

Civ. Action No.: 06-1166 (ESH)

## DECLARATION

I, Cecil Thomas, declare the following:

1. I am the Deputy Director for the Department of Defense's, Defense Logistics Agency's, Document Automation & Production Service (DAPS) Office located at 2461 Eisenhower Ave., Hoffman I, 14th Floor, Room 1400, Alexandria, Virginia 22331-0302. I have been employed by DAPS since 1992.

2. From 1995 to September 2004, this DAPS Office was located at 1401 S. Fern Street, Arlington, Virginia 22202-2889. Prior to that this DAPS Office was located in the Pentagon in Arlington, Virginia.

3. The Department of Defense (DoD) is headquartered in Arlington, Virginia. The records pertaining to practices and policies of the DoD are maintained in the State of Virginia.


C. Thomas

4. The Defense Logistics Agency (DLA) is headquartered in Fort Belvoir, Virginia. The records pertaining to practices and policies of the DLA are maintained in the State of Virginia.

5. The DAPS is headquartered in Mechanicsburg, Pennsylvania. The records pertaining to practices and policies of the DAPS are maintained in the State of Pennsylvania.

6. The records pertaining to employees of DAPS are maintained by the DLA's Human Resource Center, New Cumberland, Pennsylvania.

I declare under the penalty of perjury that the foregoing, consisting of two (2) pages, is true and correct in accordance with 28 U.S.C. § 1746.

9/27/06
DATE

CECIL THOMAS
Deputy Director
DAPS
2461 Eisenhower Ave.,
Hoffman I, 14th Floor, Room 1400
Alexandria, Virginia 22331-0302